UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                     CASE NO. 05-41479-TLH4
                                           CHAPTER 13
ALICIA DALINDA MCCLOUD


_____Debtor(s)_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: SUNSHINE STATE CREDIT UNION which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 385155 in the amount of 315.00 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
ALICIA DALINDA MCCLOUD        SUNSHINE STATE CREDIT UNION
383 WALSH RD.                 CENTRIX FINANCIAL
QUINCY,  FL  32351            6782 S. POTOMAC
                              CENTENNIAL, CO 80112
AND

SCOTT T. MANION, ESQ.
LEGAL SERVICES OF NORTH FLA.
121 NORTH JACKSON STREET
QUINCY, FL 32351
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

1/29/2010 11:38 am / CR_213

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE